UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
NADEEM CHOUDHARY,                           :
                                            :
                Plaintiff,          :        **ECF CASE**
                                            :
     v.                                    :
                                            :        08 Civ. 3740 (LAP)
MICHAEL B. MUKASEY, et al.,                 :
                                            :
                Defendants.         :        <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         June 3, 2008

                                                      Respectfully submitted,

                                                      MICHAEL J. GARCIA
                                                      United States Attorney for the
                                                      Southern District of New York

                                By:    /s/_____
                                                        DAVID BOBER
                                                       Assistant United States Attorney
                                                       86 Chambers Street, 3rd Floor
                                                       New York, New York 10007
                                                       Telephone: (212) 637-2718
                                                       Facsimile: (212) 637-2786
                                                       Email: david.bober@usdoj.gov

To:    Mitchell C. Zwaik & Associates
         3900 Veterans Memorial Highway, Suite 120
         Bohemia, NY 11716