

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

June 19, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

VIA FACSIMILE
Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1320
New York, NY  10007

                Re:    Choudhary v. Mukasey, et al.,
                       08 Civ. 3740 (LAP)

Dear Judge Preska:

    This Office represents the defendants in the above-captioned matter, in which plaintiff Nadeem Choudhary requests that the Court issue a writ of mandamus directing the defendants to adjudicate his Form I-485 Application for Adjustment of Status. Plaintiff alleges that he filed the Form I-485 in January 2007 and that defendants have unreasonably delayed adjudication of the application.

    United States Citizenship & Immigration Services ("CIS") has informed me that it will soon schedule an appointment to obtain plaintiff's fingerprints to perform a required FBI fingerprint check. Once CIS receives the results of the fingerprint check, it will be in a position to adjudicate the I-485 application. Accordingly, I respectfully request a thirty day extension, from June 20, 2008, to July 21, 2008 (the thirtieth day being a Sunday), to answer or otherwise respond to the mandamus petition. The extension will give CIS time to adjudicate the I-485 petition, which would render this case moot.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 23, 2008

    This is the defendants' first request for an extension. Counsel for the plaintiff consents to this request.

                                       Respectfully submitted,

                                       MICHAEL J. GARCIA
                                     United States Attorney for the
                                     Southern District of New York

                    By:       _____
                                  DAVID BOBER
                                  Assistant United States Attorney
                                  (212) 637-2718

cc:    Mitchell Clyde Zwaik, Esq. (via facsimile)

2